# SHER TREMONTE LLP

July 14, 2022

**Via ECF**

Hon. Ronnie Abrams
U.S. District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re :    SEC v. Bauer, et al.
                Case No. 1:22-cv-3089-RA-SA

Dear Judge Abrams:

    This firm represents defendant Massimiliano Pozzoni in connection with the above-captioned civil action. On behalf of Mr. Pozzoni, we request that this Court grant a sixty (60) day extension of Mr. Pozzoni's time to answer or otherwise respond to the complaint in this action filed by the U.S. Securities and Exchange Commission ("SEC").

    Like the requests from other defendants in this case for extensions of time to respond to the complaint that have been granted by the Court, we seek this extension based upon the likely intervention of the U.S. Attorney's Office for the Southern District of New York and a motion to stay the entire case pending the completion of a related criminal matter, *United States v. Bauer, et al,* 22 Cr. 155 (S.D.N.Y.)

    Mr. Pozzoni's response to the Complaint is currently due on July 21, 2022; we respectfully request that this deadline be extended until September 19, 2022. We have conferred with counsel for the SEC concerning this requested extension and the SEC does not object to the proposed extension of time.

Respectfully submitted,

Robert Knuts

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
7/15/22