UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

  - against -

RONALD BAUER a/k/a RONALD J. BAUER and
RONALD JACOB BAUER, CRAIG JAMES
AURINGER, ALON FRIEDLANER, MASSIMILIANO
("MAX") POZZONI, DANIEL MARK FERRIS,
PETAR DMITROV MIHAYLOV, DAVID SIDOO, and
ADAM CHRISTOPHER KAMBEITZ,

           Defendants.

ECF Case

No. 22 Civ. 03089 (RA)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on October 7, 2022, the Government submitted a motion seeking to intervene in this action and seeking a complete stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Ronald Bauer et al.*, 22 Cr. 155 (PAE) (the "Criminal Action"), in which an indictment has been returned; and

WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party;

WHEREAS, the Securities and Exchange Commission has not completed effectuating service on defendants Craig Auringer and Petar Mihaylov, it is hereby:

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action, with the exception that this order shall not stay the Securities and Exchange Commission from completing service on any remaining defendants who have yet to be served.

SO ORDERED:

_____          10/11/2022
HONORABLE RONNIE ABRAMS                    _____
UNITED STATES DISTRICT JUDGE               DATE