UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        -against-<br><br>RONALD BAUER, et al.,<br><br>                              Defendants. | 22-cv-3089 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On October 11, 2022, this matter was stayed in light of the parallel criminal proceeding. Dkt. 62. The Court last received an update from the SEC on September 11, 2023. Dkt. 73. By January 30, 2024, the SEC shall submit a letter updating the Court on the status of this case and the parallel criminal proceeding.

SO ORDERED.

Dated: January 19, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge