UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   -v-<br><br>BAUER, *et al.*,<br><br>       Defendants. | Case No. 1:22-cv-03089-RA |

## NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL C. TU

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

  Kindly withdraw the appearance of Michael C. Tu of the law firm Cooley LLP on behalf of Defendant Craig Auringer.

  Andrew D. Goldstein of Cooley LLP will continue to represent Defendant Craig Auringer in the above-captioned matter. Please continue to serve all pleadings, orders, notices, discovery and other documents on all other Cooley attorneys identified as counsel for Defendant Craig Auringer on the Court's docket.

Dated: June 4, 2024

Respectfully submitted,

COOLEY LLP

By: */s/ Michael C. Tu*
   Michael C. Tu

Andrew D. Goldstein
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel. (202) 842-7800
Email: (agoldstein@cooley.com)

*Attorneys for Defendant Craig Auringer*

---

The Clerk of Court is directed to terminate Michael Tu from the docket.
SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: June 5, 2024