May 1, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court Judge
Southern District of New York
500 Pearn Street, Courtroom 15A
New York, NY 10007

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 5, 2025

   **Re:** *SEC v. Ronald Bauer, et al.*, **22-cv-3089 (AS)**

Dear Judge Subramanian:

  Please be advised that I am leaving Sher Tremonte LLP.  Accordingly, I respectfully move to withdraw as counsel and request that the Clerk of Court remove me as counsel of record on the docket.  Mr. Pozzoni will continue to be represented by Mr. Tremonte.

           Respectfully submitted,

           /s/ Anna Estevao
           Anna Estevao

Cc: All counsel by ECF