

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

August 15, 2025

DAVID A. NASSE
DIRECT DIAL: (202) 551-4426
EMAIL: NASSED@SEC.GOV

<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

   Re: *SEC v. Ronald Bauer, et al.*, 1:22-cv-3089 (AS)

Dear Judge Subramanian:

  On October 11, 2022, this case was stayed pending the completion of a parallel criminal action, *United States v. Ronald Bauer et al.*, 22-cr-155 (PAE) (SDNY). *See* Dkt. 62 ("Criminal Action"). During the pendency of this stay, the SEC has provided the Court with regular status reports on this case and the Criminal Action. *See* Dkts. 73, 75, 77, 79, 83, 85, 87, 89, 94, 99, and 105. Pursuant to the Court's April 15, 2025 Order, Dkt. 100, the SEC provides in this letter a further update on the status of this case and the Criminal Action.

  As to the Criminal Action, the case against the remaining defendants, Craig Auringer and Daniel Ferris (both of whom are also defendants in the SEC's case), remains on-going and there are no deadlines currently pending on the docket.

  In the present matter, confidential settlement discussions between the SEC and certain of the remaining defendants continue, and the SEC remains open to engaging in settlement discussions with other defendants.

Respectfully submitted,


*/s/ David A. Nasse*
David A. Nasse
Supervisory Trial Counsel


cc: Counsel of Record