UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  -against-<br><br>RONALD BAUER et al.,<br><br>         Defendants. | 22-CV-3089 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 18, 2025 Order, Dkt. 110, the parties were required to provide the Court with another update by October 15, 2025. To date, the parties have not filed that update. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 23, 2025**.

  SO ORDERED.

Dated: October 16, 2025
    New York, New York

                          ARUN SUBRAMANIAN
                         United States District Judge