

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

April 22, 2026

BENJAMIN D. BRUTLAG
DIRECT DIAL: (202) 551-2421
EMAIL: BRUTLAGB@SEC.GOV

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *SEC v. Ronald Bauer, et al.*, 1:22-cv-3089 (AS)

Dear Judge Subramanian:

On October 11, 2022, this case was stayed pending the completion of a parallel criminal action, *United States v. Ronald Bauer et al.*, 22-cr-155 (PAE) (SDNY). *See* Dkt. 62 ("Criminal Action"). During the pendency of this stay, the SEC has provided the Court with regular status reports on this case and the Criminal Action. *See* Dkts. 73, 75, 77, 79, 83, 85, 87, 89, 94, 99, 105, 109, 112, 114, 116, 118, and 120. Pursuant to the Court's April 20, 2026 Order, Dkt. 121, the SEC provides in this letter a further update on the status of the Criminal Action and this case.

With respect to the Criminal Action, the case against the remaining defendants, Craig Auringer and Daniel Ferris (both of whom are also defendants in the present matter), remains on-going and there are no deadlines currently pending on the docket.

In the present matter, and in response to the Court's April 20, 2026 Order requesting that the parties "update the Court on whether there have been settlement discussions with the remaining defendants and/or whether the parties are open to such discussions," the SEC has made efforts to contact counsel for the remaining defendants. The SEC confirms that all parties have either been in active settlement discussions and/or expressed openness to such discussions with counsel for the SEC. The SEC will continue to engage with all remaining defendants and work towards fully resolving this matter.

      Respectfully submitted,

      */s/ Benjamin D. Brutlag*
      Benjamin D. Brutlag
      Senior Counsel

cc: Counsel of Record