

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

April 29, 2026

BENJAMIN D. BRUTLAG
DIRECT DIAL: (202) 551-2421
EMAIL:BRUTLAGB@SEC.GOV

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re:    *SEC v. Ronald Bauer, et al.*, 1:22-cv-3089 (AS)

Dear Judge Subramanian:

We write with regard to the Court's Order dated April 23, 2026 (the "Order"), in which the Court stated in part: "The parties should meet and confer in person in the next two weeks with an eye toward resolving all outstanding issues in this case (or not) within the next 60 days." The parties are committed to fully complying with the Order and will meet and confer within the time period and for the purposes set forth therein. However, we request clarification from the Court that its order that the parties meet "in person" may be satisfied through either tele- or video-conference.

Considering the geographic distribution of counsel for the SEC and defendants (i.e., Washington, D.C., New York, Boston, and Los Angeles), not all of whom have yet to make an appearance in this matter, and that at least one party that may be proceeding *pro se* is believed to reside outside the United States, meeting via tele- or video-conference (in lieu of an in-person conference within two weeks) would reduce the cost and burden on the parties while maintaining their ability to meaningfully discuss potential resolution of all outstanding issues in this matter.

Counsel for the SEC has conferred with counsel for the defendants, all of whom support this request for clarification. The SEC was unable to get in contact with the *pro se* defendant.

Yes, the parties may meet and confer via
tele- or video-conference.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: April 30, 2026

Respectfully submitted,

*/s/ Benjamin D. Brutlag*
Benjamin D. Brutlag
Senior Counsel

cc: Counsel of Record