UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

        -against-

RONALD BAUER et al.,

                          Defendants.

22-CV-3089 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        The stay in this case is CONTINUED. The parties should continue to provide the Court
with a status update every 30 days, with the next update due **June 22, 2026**.


        SO ORDERED.

Dated:  May 21, 2026
        New York, New York

                                                  _____
                                                  ARUN SUBRAMANIAN
                                                  United States District Judge